PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ronald Jennings (a.k.a. Abdul Conway)                Cr.: 95-00175

Name of Sentencing Judicial Officer: The Honorable Alfred M. Wolin
    Jurisdiction assigned to the Honorable Joel A. Pisano upon the retirement of The Honorable Alfred M. Wolin

Date of Original Sentence: February 7, 1996

Original Offense: Possession With Intent to Distribute Cocaine, Title 21, U.S.C 841 (A)(1)

Original Sentence: 110 months in the Custody of the U.S. Bureau of Prisons; 3 years Supervised Release; Drug Aftercare

Type of Supervision: Supervised Release           Date Supervision Commenced: March 31, 2003

Assistant U.S. Attorney: to be assigned            Defense Attorney: Donald McCauley

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.    The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

    Specifically, On September 9, 2005, Ronald Jennings, (a.k.a. Abdul Conway), was arrested by members of the Trenton Police Force Anti-Crime Unit, and charged with Possession of a Controlled Dangerous Substance, Possession of a Controlled Dangerous Substance with Intent to Distribute, Possession of a Controlled Dangerous Substance Within 1000 Feet of a School Zone; Possession of Controlled Dangerous Substance (Marijuana), and Possession of a Controlled Dangerous Substance Within 1000 Feet of a School Zone.

2/  The offender has violated the supervision condition which states 'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'

Specifically, for the month of July, 2005, the offender was instructed to attend weekly individual drug and alcohol counseling sessions. He attended only one session.

3. The offender has violated the supervision condition which states 'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'

Specifically, the offender failed to notify his probation officer within 72 hours of being arrested on September 9, 2005 by the Trenton Police Department Anti-Crime Unit.

I declare under penalty of perjury that the foregoing is true and correct.

By: Donald G. Hewins
Senior U.S. Probation Officer
Date: 3/2/06

THE COURT ORDERS:

[ ] The Issuance of a Summons.
[X] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

___7/3/06___
Date

## UNITED STATES DISTRICT COURT
PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**JOHN A. SKORUPA**
SUPERVISING PROBATION OFFICER

March 2, 2006

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ 08608
(609) 989-2071
FAX: (609) 989-2367

The Honorable Joel A. Pisano
United States District Court Judge
Martin Luther King Jr., Building
50 Walnut Street
P.O. Box 999
Newark, New Jersey 07102-0999

**RE: Jennings, Ronald**
**A.K.A. Abdul Conway**
Dkt#95-00175
<u>Notice of a Violation of Supervised Release</u>
<u>Request the Issuance of a Warrant to be Lodged as a Detainer</u>

Dear Judge Pisano:

On February 7, 1996, the above referenced offender was sentenced by the Honorable Alfred M. Wolin, United States District Court Judge, to 110 months in the Custody of the United States Bureau of Prisons, with a three-year term of Supervised Release to follow, for Possession with Intent to Distribute Cocaine, in violation of Title 21, U.S.C. 841 (A)(1).

Due to the retirement of Judge Wolin, Your Honor was assigned jurisdiction of this case.

This correspondence is to notify Your Honor that the above referenced offender has incurred a new arrest; has ben found in violation of his New Jersey State Parole term, and is currently incarcerated in Southwoods State Prison.

On September 9, 2005, Ronald Jennings, (a.k.a. Abdul Conway), was arrested by members of the Trenton Police Force Anti-Crime Unit, and charged with Possession of a Controlled Dangerous Substance, Possession of a Controlled Dangerous Substance with Intent to Distribute, Possession of a Controlled Dangerous Substance Within 1000 Feet of a School Zone; Possession of Controlled Dangerous Substance (Marijuana), and Possession of a Controlled Dangerous Substance Within 1000 Feet of a School Zone.

On September 9, 2005, members of the Trenton Police Force Anti-Crime Unit were patrolling the area of Walnut and Chambers Streets in Trenton, New Jersey. This area is known for the open sales of illegal narcotics.

Trenton Police Officer Nathaniel M. Johnson was operating an unmarked patrol vehicle when his attention was drawn to an individual, later identified as Abdul Conway (A.K.A. Ronald Jennings) sitting on the front porch of 225 Walnut Street, Trenton, drinking a beer. Abdul Conway (Jennings)

The Honorable Joel A. Pisano
Page 2
March 2, 2006

was sitting with an unidentified male. The unidentified male handed Conway (Jennings) an undetermined amount of money.

Abdul Conway (Jennings) stood up and walked inside 225 Walnut Avenue. A short time later, he came out of the residence and stood on the front porch holding a piece of black plastic, containing an unknown object inside his right hand. Conway (Jennings) looked up and saw the police officers. He became visibly nervous, and put the black plastic inside the residence and sat down on the front porch.

Based on the actions of Conway (Jennings) and based on his training and experience, Trenton Police Officer Nathaniel Johnson, believing that he had interrupted an illegal narcotic's transaction, exited his vehicle to investigate further. Officer Johnson asked Conway (Jennings) for his identification. Conway(Jennings) responded by stating that the identification was on a table in the front room of the house.

Officer Johnson requested permission to retrieve Conway's (Jennings) identification, to which Conway responded "yes." While retrieving the identification, Officer Johnson observed the piece of dark plastic that he observed Conway (Jennings) holding in his right hand sitting on the table, next to the front door, in plain view. Officer Johnson seized the dark plastic and observed that it contained a hard object consistent with the packaging of crack cocaine. Officer Johnson then opened the dark colored plastic and observed three (3) pieces of clear plastic tied in a knot, each containing a loose amount of an off-white, rock like substance that Officer Johnson immediately recognized and suspected to be crack cocaine (total amounts, 30 grams). Conway (Jennings), was placed under arrest.

While Conway (Jennings) was being placed under arrest, Officer Johnson heard a noise in the kitchen. Officer Johnson looked inside the kitchen and noticed a male, later identified as Thurman Jennings, sitting at the kitchen table with rubber gloves on both hands. Officer Jennings observed Thurman Jennings preparing crack cocaine in plain view. Thurman Jennings was placed under arrest.

On December 19, 2005, the New Jersey State Parole Commission conducted a parole violation hearing. On January 4, 2006, the New Jersey State Parole Commission found that Ronald Jennings was in violation of his New Jersey State Parole. His term of parole was subsequently revoked and Jennings was remanded to New Jersey State Prison for a term of 10 months and 22 days. He is currently incarcerated in Southwoods State Prison.

Enclosed, Your Honor will find a report on offender, form 12C, detailing the charges against the offender and requesting that a warrant be issued, to be lodged as a detainer, until the charges currently pending in Mercer County Superior Court are adjudicated. Once the charges are adjudicated, Your Honor will be notified immediately.

The undersigned is available to discuss this case with Your Honor at your convenience. I may be reached at (609)989-2116 or (862)755-9357.

The Honorable Joel A. Pisano
Page 3
March 2, 2006

                Respectfully submitted,

                CHRISTOPHER MALONEY, Chief
                U.S. Probation Officer

                By: Donald G. Hewins
                Senior United States Probation Officer